UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CARLA M. THRASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:10-CV-265 |
| v. | ) |
| | ) Collier/Lee |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

On September 26, 2011, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case (Court File No. 19). In the R&R, Judge Lee recommended Defendant Commissioner of Social Security ("Defendant")'s motion for summary judgment (Court File No. 17) be granted, and Plaintiff Carla Thrasher ("Plaintiff")'s motion for judgment on the pleadings be denied. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **GRANTS** Defendant's motion for summary judgment (Court File No. 17), and **DENIES** Plaintiff's motion for judgment on the pleadings (Court File No. 13). As no further matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Patricia L. McNutt
  CLERK OF COURT